STATE OF NORTH CAROLINA v. GERALD M. SHAFFER

No. 7230SC819

(Filed 20 December 1972)

APPEAL by defendant from *Falls, Judge,* 24 July 1972 Session of Superior Court held in CHEROKEE County.

Defendant was charged in a warrant with misdemeanor escape. After appeal from District Court he entered a plea of guilty in Superior Court. From a sentence of imprisonment he appealed to this court.

*Attorney General Morgan, by Assistant Attorney General Mitchell, for the State.*

*McKeever, Edwards, Davis & Hays, by W. Arthur Hays, Jr., for defendant.*

BROCK, Judge.

We have examined the record proper and find no prejudicial error. The warrant is sufficient to charge the offense. Defendant was properly before the Superior Court upon the warrant after appeal from the District Court. The record fully supports Judge Falls' finding that the plea of guilty was freely, understandingly, and voluntarily entered. The sentence imposed is within the limits provided by statute.

No error.

Judges CAMPBELL and GRAHAM concur.